UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NYREN,<br><br>      Plaintiff,<br><br>   v.<br><br>SENTINELONE, INC., et al.,<br><br>      Defendants. | Case No. 23-cv-02982-WHO<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

In a recent stipulation filed in this case, the parties identified another case, Johansson v. SentinelOne, Inc., No. 23-CV-02786-HSG (N.D. Cal. filed June 6, 2023), as a "related action," though the two cases have not been related.  *See* Dkt. No. 16.  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether this case is related to Johansson v. SentinelOne, Inc., No. 23-CV-02786-HSG (N.D. Cal. filed June 6, 2023).

**IT IS SO ORDERED.**

Dated: August 24, 2023

WILLIAM H. ORRICK
United States District Judge