UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sakari Johansson, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Sentinelone, Inc., et al.,<br><br>Defendant(s). | Case No. 4:23-cv-02786-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Thomas L. Laughlin, IV, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Movant Amir Gupta in the above-entitled action. My local co-counsel in this case is John T. Jasnoch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 281605.

| | |
|---|---|
| Scott+Scott Attorneys at Law LLP<br>The Helmsley Building - 230 Park Avenue, 17th Fl<br>New York, NY 10169<br>MY ADDRESS OF RECORD | Scott+Scott Attorneys at Law LLP<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 519-0519<br>MY TELEPHONE # OF RECORD | (619) 233-4565<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tlaughlin@scott-scott.com<br>MY EMAIL ADDRESS OF RECORD | jjasnoch@scott-scott.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4471975.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 02 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/06/2023

Thomas L. Laughlin, IV
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas L. Laughlin, IV is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/13/2023

*Haywood S. Gilliam, Jr.*
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__THOMAS   LIVEZEY   LAUGHLIN IV__ , Bar # __TL8888__

was duly admitted to practice in the Court on

__December 16, 2008__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __June 23, 2023__
New York, New York

__Ruby J. Krajick__  By  __s/ Samantha Gonzalez__
Clerk of Court             Deputy Clerk