United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    SAKARI JOHANSSON,                    Case No.  23-cv-02786-HSG
8              Plaintiff,
                                         **ORDER GRANTING UNOPPOSED**
9         v.                             **MOTION TO CONSOLIDATE AND**
                                         **MOTION TO APPOINT LEAD**
10   SENTINELONE, INC., et al.,          **PLAINTIFF AND LEAD COUNSEL**
11             Defendants.               Re: Dkt. Nos. 20, 27, 28
12   CHRISTOPHER NYREN,                  Case No.  23-cv-02982-HSG
13             Plaintiff,
14        v.
15   SENTINELONE, INC., et al.,
16             Defendants.
17
18        Pending before the Court are several motions to appoint lead counsel and to consolidate

19   the two above-captioned and related cases pursuant to the Private Securities Litigation Reform Act

20   of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).  Dkt. Nos. 20, 27, 28.  The Court finds these

21   matters appropriate for disposition without oral argument and the matters are deemed submitted.

22   *See* Civil L.R. 7-1(b).  Movants John Sullivan and Daniel W. Berger initially filed motions for

23   appointment as lead plaintiff, but subsequently filed statements of non-opposition to movant Amir

24   Gupta's competing motion.  Dkt. Nos. 30 and 31.  The Court accordingly **DENIES** Mr. Sullivan

25   and Mr. Berger's motions, Dkt. Nos. 20 and 28, and **GRANTS** Mr. Gupta's unopposed motion for

26   consolidation, appointment as lead plaintiff, and approval of selection of co-lead counsel, Dkt. No.

27   27, as detailed below.

28   //

United States District Court
Northern District of California

## I.   CONSOLIDATION OF RELATED ACTIONS

1. The related *Johansson v. SentinelOne, Inc.*, 23-cv-02786-HSG and *Nyren v. SentinelOne, Inc.*, 23-cv-02982-HSG actions shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a).

2. *Johansson* shall be the lead case, and the *Johansson* docket shall be the master docket for the consolidated action.  All future filings should be done in the lead case only, and shall be captioned *In re SentinelOne, Inc. Securities Litigation*.

3. These actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

4. The Clerk is directed to administratively close *Nyren*.

5. When a document being filed pertains to all actions, the phrase "This Document Relates to All Actions" shall appear in the caption.  When a document applies to some, but not all, of the actions, the document shall list the individual action(s) to which the document applies in the caption.

## II.   APPOINTMENT AS LEAD PLAINTIFF AND CO-LEAD COUNSEL

6. Having considered the provisions of the PSLRA, codified at §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), the Court hereby determines that Amir Gupta is the most adequate plaintiff and satisfies the requirements of the PSLRA. The Court hereby appoints him as Lead Plaintiff to represent the interests of the Class.

7. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Movant has selected and retained the law firms of Scott+Scott Attorneys at Law LLP and The Schall Law Firm to serve as Co-Lead Counsel.  The Court approves Movant's selection of Co-Lead Counsel for the Action.

8. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel who Co-Lead Counsel shall designate:

   a.  To coordinate the briefing and argument of any and all motions;

United States District Court
Northern District of California

b.  To coordinate the conduct of any and all discovery proceedings;

c.  To coordinate the examination of any and all witnesses in depositions;

d.  To coordinate the selection of counsel to act as spokesperson(s) at all pretrial conferences;

e.  To call meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.  To coordinate all settlement negotiations with counsel for Defendants;

g.  To coordinate and direct pretrial discovery proceedings, preparation for trial, and trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h.  To coordinate the preparation and filings of all pleadings; and

i.  To supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

9.  No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

10. Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Co-Lead Counsel.

11. Co-Lead Counsel shall be the contact between plaintiffs and plaintiffs' counsel and Defendants' counsel, as well as the spokesperson for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.  Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

## III.   NEWLY FILED OR TRANSFERRED ACTIONS

12. Counsel shall file an Administrative Motion to Consider Whether Cases Should be Related, *see* Civil L.R. 3-12, upon the filing or transfer of any case in this District that they believe should be part of this Consolidated Action.

1    13. During the pendency of this litigation, or until further order of this Court, the

2    parties shall take reasonable steps to preserve all documents within their

3    possession, custody, or control, including computer-generated and stored

4    information and materials such as computerized data and electronic mail,

5    containing information that is relevant to or may lead to the discovery of

6    information relevant to the subject matter of the pending litigation.

The Court further **DIRECTS** counsel for Defendants and Co-Lead Counsel for Lead

Plaintiff to meet and confer and file a stipulation and proposed scheduling order for the filing of a

consolidated or amended complaint and Defendants' response(s) by October 16, 2023.

**IT IS SO ORDERED.**

Dated:   10/4/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California