DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants
SentinelOne, Inc., Tomer Weingarten, and David Bernhardt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SENTINELONE, INC. SECURITIES LITIGATION<br><br>This Document Relates to All Actions | Case No. 4:23-CV-02786-HSG<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED OR AMENDED COMPLAINT AND RESPONSES THERETO**<br><br>(Civil L.R. 6-1 and 7-12) |

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against SentinelOne, Inc., Tomer Weingarten and David Bernhardt (collectively, "Defendants");

WHEREAS, on October 4, 2023, this Court issued an order (i) appointing Amir Gupta as lead plaintiff and approving lead plaintiff's selection of Scott+Scott Attorneys at Law LLP and the Schall Law Firm as co-lead counsel, and (ii) directing the parties to meet and confer and file a stipulation and proposed scheduling order for the filing of a consolidated or amended complaint and Defendants' response thereto (Dkt. 40);

WHEREAS, the parties now having conferred on such scheduling matters;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1 and 7-12, by and between the undersigned counsel for the parties, that:

(i) Lead plaintiff shall file a consolidated or amended complaint by December 4, 2023. The consolidated or amended complaint will supersede all existing complaints filed in *Johansson v. SentinelOne, Inc., et al.*, Case No 4:23-cv-02786-HSG and *Nyren v. SentinelOne, Inc., et al.*, Case No. 4:23-cv-02982-HSG, and Defendants are not required to respond to any of the complaints filed in those actions prior to the consolidated or amended complaint;

(ii) The deadline for Defendants to move, answer or otherwise respond to the consolidated or amended complaint is February 2, 2024;

(iii) In the event Defendants move to dismiss the consolidated or amended complaint, lead plaintiff shall file its opposition(s) to Defendants' motion(s) no later than April 2, 2024.

(iv) In the event Defendants move to dismiss the consolidated or amended complaint, Defendants shall file any replies in support of the motion(s) to dismiss no later than May 17, 2024.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2023 | FENWICK & WEST LLP |
| 2 | | By: /s/ *Marie Bafus* |
| 3 | | Marie Bafus |
| 4 | | Attorneys For Defendants, SentinelOne, Inc., Tomer Weingarten, and David Bernhardt |
| 6 | Dated: October 16, 2023 | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| 7 | | By: /s/ *John Jasnoch* |
| 8 | | John Jasnoch |
| 9 | | Attorneys for Lead Plaintiff Amir Gupta |

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 16, 2023                               By: /s/ *Marie Bafus*
                                                                    Marie Bafus

***

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/16/2023

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge