JOHN T. JASNOCH (CSB No. 281605)
jjasnoch@scott-scott.com
CORNELIA J. B. GORDON (CSB No. 320207)
cgordon@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone:    (619) 798-5310
Facsimile:    (619) 233-0508

WILLIAM C. FREDERICKS (*pro hac vice*)
wfredericks@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:    (212) 223-6444
Facsimile:    (212) 223-6334

*Attorneys for Lead Plaintiff and Lead Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SENTINELONE, INC. SECURITIES LITIGATION<br><br>This Document Relates to All Actions | Case No. 4:23-CV-02786-HSG<br><br>**STIPULATION AND ORDER SETTING REVISED SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO**<br><br>(Civil L.R. 6-1 and 7-12) |

1    WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against SentinelOne, Inc., Tomer Weingarten, and David Bernhardt (collectively, "Defendants");

WHEREAS, by Order dated October 4, 2023, the Court appointed Amir Gupta to serve as Lead Plaintiff for the putative class in this action;

WHEREAS, by Stipulation and Order entered on October 16, 2023 (ECF No. 42), the Court issued an order that, *inter alia*, (1) set December 4, 2023 as the deadline for the Lead Plaintiff to file a superseding consolidated or amended complaint; (2) set February 2, 2024 as the deadline for Defendants to move, answer, or otherwise respond to the consolidated or amended complaint; (3) set April 2, 2024 as the deadline for Lead Plaintiff to file the opposition(s) to any motion(s) to dismiss; and (4) set May 17, 2024, as the deadline for Defendants to file any replies in support of any motion(s) to dismiss they may have filed.

WHEREAS, Lead Plaintiff's counsel requested that Defendants agree to extend Lead Plaintiff's time for filing a superseding consolidated or amended complaint by two weeks in light of certain other litigation deadlines in early and mid-December, and in light of a family medical situation that required attention over the week of Thanksgiving;

WHEREAS, Defendants have graciously agreed to the requested two-week extension, and to similarly extend each of the other above-referenced deadlines in the Court's October 16, 2023 scheduling order by two weeks;

WHEREAS, no prior extensions have previously been requested, and extending the existing scheduling deadlines by two weeks will have no impact on any other Court-ordered deadlines or hearing dates;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1 and 7-12, by and between the undersigned counsel for the parties, that the schedule in this action set forth in the Court's prior October 16, 2023 Order be amended to extend each of the deadlines therein by two (2) weeks as follows:

(i)    Lead Plaintiff shall file a superseding consolidated or amended complaint by December 18, 2023;

(ii) The deadline for Defendants to move, answer, or otherwise respond to the consolidated or amended complaint is February 16, 2024;

(iii) In the event Defendants move to dismiss the consolidated or amended complaint, Lead Plaintiff shall file his opposition(s) to Defendants' motion(s) no later than April 16, 2024;

(iv) In the event Defendants move to dismiss the consolidated or amended complaint, Defendants shall file any replies in support of the motion(s) to dismiss no later than May 31, 2024.

Dated: November 28, 2023   SCOTT+SCOTT ATTORNEYS AT LAW LLP

/s/ John T. Jasnoch
John T. Jasnoch
Cornelia J.B. Gordon
William C. Fredericks

*Attorneys for Lead Plaintiff Amir Gupta and Lead Counsel for the Putative Class*

Dated: November 28, 2023   FENWICK & WEST LLP

/s/ Marie Bafus
Marie Bafus

*Attorneys For Defendants, SentinelOne, Inc., Tomer Weingarten, and David Bernhardt*

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: November 28, 2023   /s/ John T. Jasnoch
John T. Jasnoch

* * *

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/29/2023

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge