1  JOHN T. JASNOCH (CSB No. 281605)
   jjasnoch@scott-scott.com
2  CORNELIA J. B. GORDON (CSB No. 320207)
   cgordon@scott-scott.com
3  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   600 West Broadway, Suite 3300
4  San Diego, CA 92101
   Telephone:     (619) 798-5310
5  Facsimile:     (619) 233-0508

6  WILLIAM C. FREDERICKS (*pro hac vice*)
   wfredericks@scott-scott.com
7  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   230 Park Avenue, 17th Floor
8  New York, NY 10169
   Telephone:     (212) 223-6444
9  Facsimile:     (212) 223-6334

10 *Attorneys for Lead Plaintiff and Lead Counsel
   for the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SENTINELONE, INC. SECURITIES LITIGATION<br><br>This Document Relates to All Actions | Case No. 4:23-CV-02786-HSG<br><br>**STIPULATED REQUEST AND ORDER (1) EXTENDING TIME FOR FILING OF SECOND AMENDED COMPLAINT AND (2) SETTING SCHEDULE FOR BRIEFING ANY SUBSEQUENT MOTIONS TO DISMISS**<br><br>(Civil L.R. 6-1 and 7-12) |

STIPULATED REQ. AND ORDER EXTENDING DEADLINE FOR FILING SECOND AMENDED COMPLAINT & SETTING BRIEFING SCHED. FOR ANY MOTIONS TO DISMISS

CASE NO. 4:23-CV-02786-HSG

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule" or "Civil Local Rules"), lead plaintiff Amir Gupta ("Plaintiff") and defendants SentinelOne, Inc., Tomer Weingarten, and David Bernhardt ("Defendants" and together with Plaintiff, the "Parties"), hereby agree and stipulate to a 2-day extension of Plaintiff's time to file his Second Amended Complaint and to the setting of a schedule for briefing any motions to dismiss in response thereto.

WHEREAS, on July 2, 2024, the Court granted Defendants' motion to dismiss Plaintiff's Amended Complaint, while also granting leave to replead within 28 days of the date of the Order;

WHEREAS, Plaintiff presently has until Tuesday, July 30, 2024 to file a Second Amended Complaint;

WHEREAS, the Parties have met and conferred, and agreed that, as set forth in the accompanying declaration of William C. Fredericks, good cause exists for (a) granting Plaintiff's request for a two-day extension (until Thursday, August 1, 2024) to file the Second Amended Complaint; and (b) setting a briefing schedule, as set forth below, for Defendants' anticipated motion(s) to dismiss;

WHEREAS, the Parties have not sought any other extensions of time in this action and do not seek to extend any existing deadlines, and the relief requested herein will not affect any other pre-trial and trial dates (as no such dates have yet been set);

NOW, THEREFORE, the Parties have conferred and stipulated, subject to the Court's approval, to the following briefing schedule for the filing of the Second Amended Complaint and any responses thereto:

1. Pursuant to Civil Local Rule 6-2, Plaintiff's deadline to file the Second Amended Complaint is extended two days from Tuesday, July 30, 2024, to Thursday, August 1, 2024;

2. Defendants' deadline to answer, or to file any motion(s) to dismiss, the Second Amended Complaint shall be September 16, 2024;

3. Plaintiff's deadline to file any opposition to any motion(s) to dismiss the Second Amended Complaint shall be October 31, 2024; and

4. Defendants' deadline to file any reply in support of any motion(s) to dismiss the Second Amended Complaint shall be December 2, 2024.

| | | |
|---|---|---|
| 1 | Dated: July 25, 2024 | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| 2 | | By: */s/ William C. Fredericks* |
| 3 | | William C. Fredericks<br>*Attorneys for Lead Plaintiff Amir Gupta* |
| 4 | Dated: July 25, 2024 | FENWICK & WEST LLP |
| 5 | | By: */s/ Marie Bafus* |
| 6 | | Marie Bafus<br>*Attorneys For Defendants, SentinelOne, Inc., Tomer Weingarten, and David Bernhardt* |

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: July 25, 2024        By: */s/ William C. Fredericks*
                            William C. Fredericks

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/25/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge