# EXHIBIT B:

Tomer Weingarten Stock Sales (Date-Adjusted and Not Date-Adjusted)[1]

---

[1] As can be seen in the second graph, a date-adjusted view (which is a more traditional, chronological chart) can be difficult to view given the scale involved.  Both charts are included in this exhibit for ease of reference.

**Tomer Weingarten – Stock Sales Visualized by Column Chart (Not Date Adjusted)**



**Tomer Weingarten – Stock Sales Visualized by Date-Adjusted Column Chart**

