JOHN T. JASNOCH (CSB No. 281605)
jjasnoch@scott-scott.com
CORNELIA J. B. GORDON (CSB No. 320207)
cgordon@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone:     (619) 798-5310
Facsimile:      (619) 233-0508

WILLIAM C. FREDERICKS (*pro hac vice*)
wfredericks@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:     (212) 223-6444
Facsimile:      (212) 223-6334

*Attorneys for Lead Plaintiff and Lead Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SENTINELONE, INC. SECURITIES LITIGATION<br><br>This Document Relates to All Actions | Case No. 4:23-CV-02786-HSG<br><br>**STIPULATED REQUEST AND ORDER (1) EXTENDING TIME FOR FILING OF OPPOSITION TO AND (2) REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>(Civil L.R. 6-1 and 7-12) |

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule" or "Civil Local Rules"), lead plaintiff Amir Gupta ("Plaintiff") and defendants SentinelOne, Inc., Tomer Weingarten, and David Bernhardt ("Defendants" and together with Plaintiff, the "Parties"), hereby agree and stipulate to an extension of two court days for Plaintiff's time to file his Opposition (the "Opposition") to Defendants' Motion to Dismiss (the "Motion"), from Thursday, October 31, 2024, to Monday, November 4, 2024, and a brief extension of Defendants' time to file a Reply in Support of the Motion (the "Reply"), from Monday December 2, 2024, to Friday, December 13, 2024.

WHEREAS, on July 2, 2024, the Court granted Defendants' motion to dismiss Plaintiff's Amended Complaint, while also granting leave to replead;

WHEREAS, Plaintiff filed his Second Amended Complaint on August 1, 2024;

WHEREAS, pursuant to the Parties' stipulated schedule, which was entered by the Court, the Defendants filed their Motion to Dismiss on September 16, 2024, Plaintiff's Opposition is due on Thursday, October 31, 2024, and Defendants' Reply is due on December 2, 2024 (ECF No. 74), with hearing on the Motion set for January 23, 2025;

WHEREAS, the Parties have met and conferred, and agreed that, as set forth in the accompanying declaration of William C. Fredericks, good cause exists for (a) granting Plaintiff's request for an extension of two court days (until Monday, November 4, 2024) to file the Opposition; and (b) a brief extension (until Friday, December 13, 2024) for Defendants to file their Reply;

WHEREAS, the Parties have only sought one other brief extension, whereby Defendants agreed to giving Plaintiff a two-day extension to file his Second Amended Complaint, and the Parties do not seek to extend any other existing deadlines, and the relief requested herein will not affect any other pre-trial and trial dates (as no such dates have yet been set);

NOW, THEREFORE, the Parties have conferred and stipulated, subject to the Court's approval, to the following briefing schedule for the filing of the Second Amended Complaint and any responses thereto:

1. Pursuant to Civil Local Rule 6-2, Plaintiff's deadline to file the Opposition is extended to November 4, 2024; and

2. Defendants' deadline to Reply is extended to Friday, December 13, 2024.

Dated: October 29, 2024    SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: */s/ William C. Fredericks*
William C. Fredericks
*Attorneys for Lead Plaintiff Amir Gupta*

Dated: October 29, 2024    FENWICK & WEST LLP

By: */s/ Marie Bafus*
Marie Bafus
*Attorneys For Defendants, SentinelOne, Inc., Tomer Weingarten, and David Bernhardt*

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 29, 2024    By: */s/ William C. Fredericks*
William C. Fredericks

\* \* \*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/30/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge