William C. Fredericks (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com

John T. Jasnoch (No. 281605)
Cornelia J. B. Gordon (No. 320207)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5310
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
cgordon@scott-scott.com

Brian J. Schall (No. 290685)
Rina Restaino (No. 285415)
Christopher Mooney (*pro hac vice*)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com
chris@schallfirm.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SENTINELONE, INC. SECURITIES LITIGATION<br><br>This Document Relates to All Actions | Case No. 4:23-CV-02786-HSG<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: January 23, 2025<br>Time: 2:00 p.m.<br>Dept: Courtroom 2 – 4th Floor<br>Judge: Haywood S. Gilliam, Jr.<br><br>Date Action Filed: June 6, 2023 |

1  An Administrative Motion for Leave to File Sur-Reply in Further Support of Plaintiff's
2  Opposition to Defendants' Motion to Dismiss has been filed.
3  Upon consideration of Plaintiff's Administrative Motion for Leave to File Sur-Reply In
4  Further Support of Plaintiff's Opposition to Defendants' Motion to Dismiss and the papers
5  submitted in response thereto:
6  **IT IS HEREBY ORDRED** that Plaintiff's Administrative Motion is DENIED.

9  Dated:  12/26/2024

